196 So. 133

**Earl SMITH v. STATE.**

**8 Div. 46.**

Supreme Court of Alabama.

May 16, 1940.

Taylor & Taylor, of Huntsville, for the motion.

Thos. S. Lawson, Atty. Gen., opposed.

580

KNIGHT, Justice.

This case is before us on petition of Earl Smith for writ of certiorari to the Court of Appeals to review and revise the opinion and judgment of the Court of Appeals in the case of Smith v. State, 8 Div. 855, 196 So. 132.

Writ denied.

THOMAS, BROWN, and FOSTER, JJ., concur.